

HEUFT SYSTEMTECHNIK GMBH,
Plaintiff–Appellee,

v.

INDUSTRIAL DYNAMICS CO., LTD.,
Defendant–Appellant,

and

Steve Calhoun, Defendant.

No. 2007–1417.

United States Court of Appeals,
Federal Circuit.

July 3, 2007.

## ORDER

Order Vacated, See 2007 WL 2126594.

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

HEUFT SYSTEMTECHNIK GMBH,
Plaintiff–Appellee,

v.

INDUSTRIAL DYNAMICS CO., LTD.,
Defendant–Appellant,

and

Steve Calhoun, Defendant.

No. 2007–1417.

United States Court of Appeals,
Federal Circuit.

July 5, 2007.

## ORDER

The order of dismissal and the mandate dated 07/03/2007 having been issued in er-ror, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Boyd F. FALLWELL, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–Appellant.

No. 2004–7183.

United States Court of Appeals,
Federal Circuit.

July 5, 2007.

ON MOTION

## *ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

